**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Oscar Lee REEVES, a.k.a. Boo,**
**Defendant–Appellant.**

**No. 07–15337**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 19, 2008.

James A. Hernandez, Jacksonville, FL, for appellant.

Patricia D. Barksdale, Jacksonville, FL, for appellee.

Before MARCUS, PRYOR and HILL, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Oscar Lee Reeves in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Reeves's convictions and sentences are **AFFIRMED.**